## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Daniel Chirico v. The Home Depot USA, INC., a foreign corporation, d/b/a The Home Depot and Dietrich Industries, inc., a foreign corporation, a/k/a Dietrich Metal Framing. | FILED: AUGUST 22, 2008<br>08CV4813<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE    BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dietrich Industries, Inc.

| | |
|---|---|
| **NAME** (Type or print)<br> James A. LaBarge | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>        s/  James A. LaBarge | |
| **FIRM**<br> Pretzel & Stouffer, Chartered | |
| **STREET ADDRESS**<br> One South Wacker Drive, Suite 2500 | |
| **CITY/STATE/ZIP**<br> Chicago, Illinois  60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06204902 | TELEPHONE NUMBER<br>312-578-7710 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐